# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLEY MALFAVON,<br>    Plaintiff(s),<br>v.<br>WAL-MART STORES, INC.,<br>    Defendant(s). | Case No. 2:24-cv-01037-APG-NJK<br><br>**Order**<br><br>[Docket No. 1] |

Pending before the Court is Defendant's notice of removal. Docket No. 1. In violation of Local Rule IC 2-2(a)(3)(A), Defendant filed a single document consisting of its petition for removal and the exhibits thereto. Moreover, the removal papers do not include Defendant's answer that was filed in state court. No later than June 12, 2024, Defendant must file a notice of corrected image that properly separates out the petition and the exhibits, and that attaches as an exhibit its answer.

In addition, given that Defendant filed its answer in state court, the parties must file their joint proposed discovery plan by June 19, 2024.

IT IS SO ORDERED.

Dated: June 5, 2024

                                                      Nancy J. Koppe<br>
                                                    United States Magistrate Judge