# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KIMBERLEY MALFAVON,

    Plaintiff,

v.

WALMART, INC.,

    Defendants.

Case No. 2:24-cv-01037-APG-NJK

**Order**

[Docket No. 15]

Pending before the Court is a stipulation that Plaintiff will submit to a medical examination, as well as the procedures for that examination. Docket No. 15. Unless doing so interferes with Court deadlines or proceedings, parties are generally permitted to stipulate to discovery procedures without obtaining judicial approval. Fed. R. Civ. P. 29; *see also Comminey v. Sam's W. Inc.*, 2020 WL 2764610, *1 (D. Nev. May 27, 2020) (holding that magistrate judge correctly determined that judicial oversight was unnecessary for stipulation for Rule 35 medical examination). The pending stipulation fails to explain why Court approval is necessary in this instance. Accordingly, the stipulation is **DENIED** as unnecessary.[1]

IT IS SO ORDERED.

Dated: September 16, 2024

                                                 Nancy J. Koppe
United States Magistrate Judge

---

[1] The stipulation also violates the local rules by providing a signature block for judicial approval that begins on a separate page. Local Rule IA 6-2.

1