# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLEY MALFAVON,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01037-APG-NJK<br><br>**Order**<br><br>[Docket No. 24] |

Pending before the Court is a stipulation to allow the deposition of Dr. Randall Yee to be taken outside the discovery period. Docket No. 24. The parties represent that their request does not otherwise impact the remaining case management deadlines, including the upcoming dispositive motion deadline. *Id.* at 5. Given the circumstances, the Court **GRANTS** the stipulation and will allow this deposition to be conducted no later than March 12, 2025. Discovery otherwise remains closed and the case management deadlines are otherwise unchanged.

　　　　IT IS SO ORDERED.

　　　　Dated: February 10, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge