**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Emails: ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant, Walmart, Inc., formerly known as Wal-Mart Stores, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLEY MALFAVON,<br><br>        Plaintiff,<br><br>    vs.<br><br>WAL-MART STORES, INC. a foreign corporation DOES 1 through 100; and ROE CORPORATIONS, 1 through 100,<br><br>        Defendants. | Case No.: 2:24-cv-01037-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff KIMBERLEY MALFAVON, an individual, by and through her counsel, RICHARD HARRIS LAW FIRM and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this 3rd day of September , 2025.

RICHARD HARRIS LAW FIRM

By:  /s/ Mysty Langford
    Mysty D. Langford
    Nevada Bar No. 16909
    801 South Fourth Street
    Las Vegas, NV 89101
    *Attorneys for Plaintiff*

Dated this 3rd day of September, 2025.

TYSON & MENDES LLP

By: /s/ Griffith H. Hayes
    Griffith H. Hayes
    Nevada Bar No. 7374
    2835 St. Rose Parkway, Suite 140
    Henderson, Nevada 89052
    *Attorneys for Defendant*

# ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED.**

**DATED:** September 4, 2025.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**